UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: RUSSELL, ANNA                                             § Case No. 07-00410
                                                                 §
                                                                 §
Debtors                                                          §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| The Final Report shows receipts of | $ 10,016.88 |
| and approved disbursements of | $ 18.24 |
| leaving a balance of | $ 9,998.64 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $ 1,751.65 | $ 158.44 |
| Attorney for trustee | Law Office of Deborah K. Ebner | $ 4,141.43 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Popowcer Katten | $ 817.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |

UST Form 101-7-NFR (4/1/2009)

Other _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,800.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | LVNV Funding LLC assginee of Citi | $ 1,170.78 | $ 702.47 |
| 3 | Wells Fargo Bank, N.A. | $ 884.39 | $ 530.63 |
| 4 | eCAST Settlement Corp. for GEMB/JCP | $ 797.41 | $ 478.45 |
| 5 | eCAST Settlement Corporation for BofA | $ 1,019.80 | $ 611.88 |
| 6 | Household Bank (SB), N.A. Bon Ton | $ 927.82 | $ 556.69 |

UST Form 101-7-NFR (4/1/2009)

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                    Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                    Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Chicago, Illinois

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 on 9/29 9 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, Illinois.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/03/2009   By: /s/DEBORAH K. EBNER
                         Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 800
CHICAGO, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: corrinal                Page 1 of 1                  Date Rcvd: Aug 18, 2009
Case: 07-00410                 Form ID: pdf006               Total Noticed: 29


The following entities were noticed by first class mail on Aug 20, 2009.
db           +Anna Russell,   1127 Rooney Drive,   Joliet, IL 60435-3021
aty          +Connie J Lambert,   Law Office of Deborah K. Ebner,   11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Patrick A Meszaros,   Law Offices Of Patrick A Meszaros,   1100 W. Jefferson Street,
               Joliet, IL 60435-6814
tr           +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
11100789      Arrow Financial Services LLC.,   5996 West Touhy Ave.,   Niles, IL 60714-4610
11100790     +Bank of America,   P.O. Box 1390,   Norfolk, VA 23501-1390
11100792     +CBUSASEARS,   P.O. Box 6189,   Sioux Falls, SD 57117-6189
11100791     +Cap 1 BK,   P.O. Box 85015,   Richmond, VA 23285-5015
11100793     +Collection Co. of America,   700 Longwater Dr.,   Norwell, MA 02061-1796
11100794     +Creditors Discount & Audit,   P.O. Box 213,   415 E. Main,   Streator, IL 61364-2927
11100799     +HSBC NV,   PO Box 19360,   Portland, OR 97280-0360
11100800     +HSBC/BestBuy,   P.O. Box 15519,   Wilmington, DE 19850-5519
11100801     +HSBC/Carson,   140 W. Industrial Drive,   Elmhurst, IL 60126-1602
11100802     +HSBC/Rhode,   P.O. Box 15524,   Wilmington, DE 19850-5524
11100796     +Harris Bank,   P.O. Box 6201,   Carol Stream, IL 60197-6201
11100797     +Harris Bank NA,   P.O. Box 94034,   Palatine, IL 60094-4034
11100798     +Harvard Collection Service,   4839 N. Elston,   Chicago, IL 60630-2589
11278980     +Household Bank (SB), N.A. Bon Ton,   eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,
               3936 E Ft Lowell Road, Suite #200,   Tucson, AZ 85712-1083
11100804     +Mike Russell,   2001 Sudbury Dr.,   Joliet, IL 60435-3479
11100805     +TNB-Target,   PO BOX 9475,   Minneapolis, MN 55440-9475
11100806     +Ward Russell,   2001 Sudburry Dr.,   Joliet, IL 60435-3479
11100807     +Wells Fargo,   405 SW 5th St,   Des Moines, IA 50309-4600
11261610     +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
               Des Moines, IA 50306-9210
11100808     +Wells Fargo Bank, NA,   McCalla, Raymer, et al.,,   Bankrutpcy Department,
               1544 Old Alabama Road,   Roswell, GA 30076-2102
11262004      eCAST Settlement Corporation assignee of,   GE Money Bank/JC Penney Consumer,   POB 35480,
               Newark NJ 07193-5480
11262016      eCAST Settlement Corporation successor to,   Bank of America NA USA,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Aug 19, 2009.
11100795     +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2009 02:46:49     GEMB/JCP,   PO Box 981131,
               El Paso, TX 79998-1131
11100803     +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding,
               PO Box 10497,   Greenville, SC 29603-0497
11191468      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citi,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Law Office of Deborah K Ebner
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2009**                **Signature:**    *Joseph Speetjens*