UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: RUSSELL, ANNA

Debtor

Case No. 07-00410
Chapter 7

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                    Assets Exempt: $21,050.00

Total Distribution to Claimants: $2,880.12      Claims Discharged
                                                Without Payment: $35,816.08

Total Expenses of Administration: $7,137.50

3) Total gross receipts of $ 10,017.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,017.62 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $138,786.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 10,207.33 | 7,137.50 | 7,137.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 37,635.00 | 5,970.98 | 4,800.20 | 2,880.12 |
| TOTAL DISBURSEMENTS | $176,421.00 | $16,178.31 | $11,937.70 | $10,017.62 |

4) This case was originally filed under Chapter 7 on January 10, 2007. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2010          By: /s/DEBORAH K. EBNER
                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property - Residence | 1110-000 | 10,000.00 |
| Interest Income | 1270-000 | 17.62 |
| **TOTAL GROSS RECEIPTS** | | **$10,017.62** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 4110-000 | 132,786.00 | N/A | N/A | 0.00 |
| Harris Bank | 4210-000 | 6,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$138,786.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,751.65 | 1,751.65 | 1,751.65 |
| DEBORAH K. EBNER | 2200-000 | N/A | 158.44 | 158.44 | 158.44 |
| Clerk of the United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Law Office of Deborah K. Ebner | 3110-000 | N/A | 7,212.00 | 4,142.17 | 4,142.17 |
| Popowcer Katten | 3410-000 | N/A | 817.00 | 817.00 | 817.00 |
| International Sureties | 2300-000 | N/A | 5.89 | 5.89 | 5.89 |
| International Sureties | 2300-000 | N/A | 12.35 | 12.35 | 12.35 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 10,207.33 | 7,137.50 | 7,137.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LVNV Funding LLC assignee of Citi | 7100-000 | 1,130.00 | 1,170.78 | 1,170.78 | 702.47 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 1,170.78 | 0.00 | 0.00 |
| Wells Fargo Bank, N.A. | 7100-000 | 894.00 | 884.39 | 884.39 | 530.63 |
| eCAST Settlement Corp. for GEMB/JCP | 7100-000 | 797.00 | 797.41 | 797.41 | 478.45 |
| eCAST Settlement Corporation for BofA | 7100-000 | N/A | 1,019.80 | 1,019.80 | 611.88 |
| Household Bank (SB), N.A. Bon Ton | 7100-000 | 928.00 | 927.82 | 927.82 | 556.69 |
| Harvard Collection | 7100-000 | 472.00 | N/A | N/A | 0.00 |
| Harris BAnk NA | 7100-000 | 6,498.00 | N/A | N/A | 0.00 |
| HSBC NV | 7100-000 | 6,037.00 | N/A | N/A | 0.00 |
| Creditors Disc. & Audit | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| HSBC/Best Buy | 7100-000 | 2,830.00 | N/A | N/A | 0.00 |
| TNB-Target | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| HSBC/Rhode | 7100-000 | 8,802.00 | N/A | N/A | 0.00 |
| Cap 1 BK | 7100-000 | 3,490.00 | N/A | N/A | 0.00 |
| Arrow Financial Services | 7100-000 | 2,896.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 2,345.00 | N/A | N/A | 0.00 |
| Collection Co. of Amer (SBC) | 7100-000 | 256.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | |
|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | 37,635.00 | 5,970.98 | 4,800.20 | 2,880.12 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

Case Number: 07-00410
Case Name: RUSSELL, ANNA

Period Ending: 03/08/10

Trustee: (330480) DEBORAH K. EBNER
Filed (f) or Converted (c): 01/10/07 (f)
§341(a) Meeting Date: 02/08/07
Claims Bar Date: 05/11/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property - Residence<br>partial payment of right title and interestt | 225,000.00 | 77,214.00 | | 10,000.00 | FA |
| 2 | Cash on Hand | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Bank Account | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Automobiles | 4,500.00 | 0.00 | | 0.00 | FA |
| 7 | Animals | 100.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 17.62 | FA |
| 8 | Assets  Totals (Excluding unknown values) | $233,150.00 | $77,214.00 | | $10,017.62 | $0.00 |

Major Activities Affecting Case Closing:

Final account being prepared.

Initial Projected Date Of Final Report (TFR):   December 31, 2010       Current Projected Date Of Final Report (TFR):   August 16, 2009 (Actual)

Printed: 03/08/2010 11:34 PM   V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number: 07-00410
Case Name: RUSSELL, ANNA

Taxpayer ID #: 13-7584409
Period Ending: 03/08/10

Trustee: DEBORAH K. EBNER (330480)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****37-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/07 | {1} | Joshua Russell | | 1110-000 | 5,000.00 | | 5,000.00 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.20 | | 5,002.20 |
| 02/05/08 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #07-00410 | 2300-000 | | 5.89 | 4,996.31 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.02 | | 4,997.33 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.92 | | 4,998.25 |
| 04/01/08 | {1} | Law Office of Dawn Underhill | from Ward Russel - for right title and interest - balance | 1110-000 | 5,000.00 | | 9,998.25 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.04 | | 9,999.29 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 10,000.54 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,001.81 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,003.08 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.18 | | 10,004.26 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,005.57 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.09 | | 10,006.66 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.78 | | 10,007.44 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 10,008.14 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,008.54 |
| 02/06/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-00410 Voided on 02/08/09 | 2300-000 | | !  12.35 | 9,996.19 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-00410 Voided: check issued on 02/06/09 | 2300-000 | | ! -12.35 | 10,008.54 |
| 02/08/09 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-00410, 016026455 | 2300-000 | | 12.35 | 9,996.19 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,996.57 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,997.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,997.40 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,997.79 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,998.22 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,998.64 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,999.06 |
| 09/25/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.32 | | 9,999.38 |

Subtotals: $10,017.62  $18.24

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 03/08/2010 11:34 PM  V.11.53

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-00410 | | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | RUSSELL, ANNA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****37-65 - Money Market Account |
| Taxpayer ID #: | 13-7584409 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/08/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/09 | | To Account #**********3766 | to close | 9999-000 | | 9,999.38 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,017.62 | 10,017.62 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,999.38 | |
| | | | Subtotal | | 10,017.62 | 18.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,017.62 | $18.24 | |

{} Asset reference(s)

Printed: 03/08/2010 11:34 PM V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

Case Number: 07-00410
Case Name: RUSSELL, ANNA

Taxpayer ID #: 13-7584409
Period Ending: 03/08/10

Trustee: DEBORAH K. EBNER (330480)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****37-66 · Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/09 | | From Account #********3765 | to close | 9999-000 | 9,999.38 | | 9,999.38 |
| 09/25/09 | 101 | Clerk of the United States Bankruptcy Court | | 2700-000 | | 250.00 | 9,749.38 |
| 09/25/09 | 102 | DEBORAH K. EBNER | | 2200-000 | | 158.44 | 9,590.94 |
| 09/25/09 | 103 | DEBORAH K. EBNER | | 2100-000 | | 1,751.65 | 7,839.29 |
| 09/25/09 | 104 | Law Office of Deborah K. Ebner | | 3110-000 | | 4,142.17 | 3,697.12 |
| 09/25/09 | 105 | Popowcer Katten | | 3410-000 | | 817.00 | 2,880.12 |
| 09/25/09 | 106 | LVNV Funding LLC assignee of Citi | | 7100-000 | | 702.47 | 2,177.65 |
| 09/25/09 | 107 | Wells Fargo Bank, N.A | | 7100-000 | | 530.63 | 1,647.02 |
| 09/25/09 | 108 | eCAST Settlement Corp. for GEMB/JCP | | 7100-000 | | 478.45 | 1,168.57 |
| 09/25/09 | 109 | eCAST Settlement Corporation for BofA | | 7100-000 | | 611.88 | 556.69 |
| 09/25/09 | 110 | Household Bank (SB), N.A. Bon Ton | | 7100-000 | | 556.69 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 9,999.38 | 9,999.38 | $0.00 |
| Less: Bank Transfers | | 9,999.38 | 0.00 | |
| Subtotal | | 0.00 | 9,999.38 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $9,999.38 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****37-65 | 10,017.62 | 18.24 | 0.00 |
| Checking # ***-*****37-66 | 0.00 | 9,999.38 | 0.00 |
| | $10,017.62 | $10,017.62 | $0.00 |

{} Asset reference(s)

Printed: 03/08/2010 11:34 PM   V.11.53